**HINES SMITH CARDER**
Marc S. Hines (#140065)
    mhines@hinessmith.com
Michelle L. Carder (#174481)
    mcarder@hinessmith.com
Christine M. Emanuelson (#221269)
    cemanuelson@hinessmith.com
3080 Bristol Street, Suite 540
Costa Mesa, California 92626
Tel.:  (714) 513-1122
Fax:  (714) 513-1123

Attorneys for Plaintiff/Counter-Defendant/Third-Party Plaintiff,
*Vision Quest Industries, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| VISION QUEST INDUSTRIES, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut stock insurance company; and DOES 1-10,<br><br>            Defendants.<br><br>*AND RELATED COUNTER & THIRD-PARTY CLAIMS.* | CASE NO.:  SACV 07-512 JVS (ANx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*Filed concurrently with Joint Stipulation to Dismiss Action With Prejudice* |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the above-referenced action is hereby dismissed with prejudice.  Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: December 02, 2008

_____
JAMES V. SELNA
United States District Judge

1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE